IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH FUSCO<br>*Plaintiff*<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER-<br>PA, LLC,; UISCE BEATHA, INC. d/b/a<br>CAVANAUGH'S RESTAURANT and BAR<br>and MAJOR C. FULLER<br>*Defendants* | : NO. 2:17-cv-00036-MSG<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

AND NOW, this __10th__ day of __October__, 2018, upon consideration of the Stipulation to the Amend Caption and Complaint it is hereby approved and the caption of the case is hereby amended and shall hereafter be referenced as follows:

| | |
|---|---|
| JOSEPH FUSCO<br>*Plaintiff*<br><br>v.<br><br>UBER TECHNOLOGIES, INC.; RASIER-<br>PA, LLC; 39th & SANSOM STREETS<br>CORP. t/a CAVANAUGH'S and MAJOR C.<br>FULLER<br>*Defendants* | : NO. 2:17-cv-00036-MSG<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

All future pleadings and other legal filings shall reference the amended caption. It is further **ORDERED** that:

1. 39th & Sansom Streets Corp. t/a Cavanaugh's shall be substituted as a party defendant for defendant, Uisce Beatha, Inc. d/b/a Cavanaugh's Restaurant and Bar; and

2. Any and all claims made in Plaintiff's First Amended Complaint against the original defendant, Uisce Beatha, Inc. d/b/a Cavanaugh's Restaurant and Bar, are deemed to apply to the substituted defendant, 39th & Sansom Streets Corp. t/a Cavanaugh's.

MITCHELL S. GOLDBERG, J.